IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| PRESTWICK LICENSING LLC, | § | |
|---|---|---|
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-cv-00284-JRG-RSP |
| ANRITSU AMERICAS SALES COMPANY, | § § § § | |
| *Defendant*. | § | |

# ORDER

Before the Court is the Unopposed Motion for Leave to Amend the Complaint filed by Plaintiff Prestwick Licensing LLC. **Dkt No. 10**.

After due consideration, the Court **GRANTS** the Motion. It is therefore **ORDERED** that Prestwick has leave to file the Amended Complaint attached to its motion.

**SIGNED this 29th day of October, 2022.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE